UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FALANDIS RUSSELL | No. 21 CR 107-1<br><br>Judge Edmond E. Chang |

**LIMITED PROTECTIVE ORDER GOVERNING DISCOVERY**

Upon the agreed motion of the government, pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a)(1) and (8), it is hereby ORDERED:

1. **The Materials:** Materials concerning potential witnesses' criminal history and/or disciplinary history, marked as "SUBJECT TO PROTECTIVE ORDER," provided by the United States (collectively, "the Materials") are subject to this protective order and may be used by defendant and defendant's counsel (defined as counsel of record in this case) solely in connection with the defense of this case, and for no other purpose, and in connection with no other proceeding, without further order of this Court. These materials shall be plainly marked as "Subject to Protective Order" by the government prior to disclosure.

2. **Limits on Disclosure:** Defendant and defendant's counsel shall not disclose the sensitive materials or their contents directly or indirectly to any person or entity other than persons employed to assist in the defense, persons who are interviewed as potential witnesses, counsel for potential witnesses, and other persons to whom the Court may authorize disclosure (collectively, "authorized persons").

3.      **Limits on Filing Materials Subject to the Protective Order:** Absent prior permission from the Court, information marked as "Subject to the Protective Order" shall not be included in any public filing with the Court, and instead shall be submitted under seal.

4.      **Exceptions:** The restrictions set forth in this Order do not apply to documents that are or become part of the public court record, including documents that have been received in evidence at other trials, nor do the restrictions in this Order limit defense counsel in the use of discovery materials in judicial proceedings in this case, except that any document filed by any party which attaches or otherwise discloses information produced subject to this Protective Order, shall be filed under seal to the extent necessary to protect such information, absent prior permission from this Court.

5.      Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

ENTER:

*Edmond E. Chang*
EDMOND E. CHANG
District Judge
United States District Court
Northern District of Illinois

Date: 11/26/2023